

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ADRANCH, LLC, | § | No. 08-17-00115-CV |
| APPELLANT, | § | Appeal from the |
| V. | § | 83rd District Court |
| PEE WEE'S WELDING SERVICE, | § | of Terrell County, Texas |
| APPELLEE. | § | (TC# 3150-A) |
|  | § |  |

## **J U D G M E N T**

The Court has considered this cause on the Appellant's motion to dismiss appeal and concludes the motion should be granted and appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of this appeal are taxed against the Appellant. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 8TH DAY OF NOVEMBER, 2017.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.